DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BARUS

No. 5 PC.

Case below: 34 N.C. App. 749.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 February 1978.

STATE v. BLACK

No. 6 PC.

Case below: 34 N.C. App. 606.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 7 February 1978.

STATE v. CAMERON

No. 10 PC.

Case below: 34 N.C. App. 749.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 February 1978.

STATE v. HOLLAND

No. 118 PC.

Case below: 34 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 February 1978.

STATE v. HUNTLEY

No. 17 PC.

Case below: 34 N.C. App. 749.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 February 1978.